IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**C. W. PARKER**                                                                                     **PLAINTIFF**

v.                                                                          **CAUSE NO. 1:11cv00052-LG-RHW**

**OFFICER CLAY NECAISE, INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY AS A
DULY COMMISSIONED POLICE OFFICER
FOR THE CITY OF WAVELAND, MISSISSIPPI, ET AL.**       **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court in Cause No. 1:10cv00052-LG-RHW, and as further evidenced by the signatures of their duly authorized counsel of record on the Stipulation of Dismissal, the Court holds that all claims of all parties should be dismissed in their entirety with prejudice.

**IT IS, THEREFORE, ORDERED** that this cause is **DISMISSED** in its entirety with prejudice.

**SO ORDERED AND ADJUDGED** this the 2nd day of November, 2012.

                                                                 s/ *Louis Guirola, Jr.*
                                                                 Louis Guirola, Jr.
                                                                 Chief United States District Judge


 /s/ *Robert W. Moak*
ROBERT W. MOAK


 /s/ *Gary E. Friedman*
GARY E. FRIEDMAN
W. BRETT HARVEY